**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03036-RM-BNB

GABRIELLE DRAYTON,

       Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

       Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW the parties by and through their undersigned counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The settlement document has been executed by the parties.

3. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds. The parties expect this to happen by December 30.

Dated: December 12, 2013.

Respectfully Submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Louis Leonard Galvis |
| David M. Larson | Louis Leonard Galvis |
| 88 Inverness Circle, Suite I-101 | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| Englewood, CO  80112 | 645 Stonington Lane |
| Telephone: (303) 799-6895 | Fort Collins, CO  80525 |
| E-mail:  larsonlawoffice@gmail.com | Telephone: (970) 223-4420 |
| Attorney for the Plaintiff | E-mail: lgalvis@sessions-law.biz |
| | Attorneys for the Defendant |