## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-03036-RM-BNB

GABRIELLE DRAYTON,

    Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice (the "Stipulation") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and being fully advised in the premises, hereby ORDERS as follows:

1. The parties' Stipulation (ECF No. 12) is ACCEPTED;

2. The above-captioned matter is DISMISSED WITH PREJUDICE; and

3. Each party shall bear her or its own costs and attorneys' fees.

Dated this 13th day of January, 2014.

BY THE COURT:

/s/ Raymond P. Moore
RAYMOND P. MOORE
United States District Judge